

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2022**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 21-42145-ELM** |
| | § | |
| **JEREMY DODD** | § | **CHAPTER 13** |
| **MELISSA DODD** | § | |
| | § | **JUDGE EDWARD L MORRIS** |
| **DEBTORS** | | |

### ORDER ON MOTION BY TRUSTEE TO APPROVE MORTGAGE LENDER'S POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES

Came on for consideration the Motion by Trustee to Approve Mortgage Lender's Post-Petition Mortgage Fees, Expenses and Charges ("Motion to Approve") filed on or about February 14, 2022 [Docket #41 ] regarding the Notice filed as Court Claim No. 14 by PENNYMAC LOAN SERVICES LLC.  The Court finds that notice was and is appropriate under the circumstances.

The Court is of the opinion that the Motion should be GRANTED based on failure of any party to Respond and contest the relief sought.

**IT IS THEREFORE ORDERED** that PENNYMAC LOAN SERVICES LLC's Post-Petition Fees, Expenses and Charges filed on or about January 29, 2022 are **ALLOWED** in the amount of  $1,750.00.

***End of Order***