IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | 21-42145-ELM13 |
| | § | |
| JEREMY DODD AND MELISSA DODD | § | |
|     DEBTORS | § | CHAPTER 13 |

## RESPONSE TO TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, JEREMY DODD AND MELISSA DODD, Debtor(s) in the above styled and numbered cause and files this "Response to Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal" and in support hereof would respectfully show the Court as follows:

1. On April 21, 2022, the Trustee filed a 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal.
2. At the time of the filing of the Notice of Intent to Dismiss, Debtors were due $4,630.00.
3. Debtors intend on making full payment of $4,630.00 this week.

    WHEREFORE PREMISES CONSIDERED, Debtor prays the Court to deny all relief requested by the Trustee, and for such other and further relief the Court may deem Debtor justly entitled.

    /s/ Alice Bower
    ALICE BOWER
    State Bar No. 15148500
    6421 Camp Bowie Blvd., Ste 300
    Fort Worth, Texas 76116-2268
    (817) 737-5436 Telephone
    (817) 737-2970 Fax
    alice@alicebower.com
    Attorney for Debtor(s)

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing response was served on all interested parties by electronic means if available, and if not available, by first class mail, postage pre-paid on this the 27th day of April, 2022.

                                        <u>/s/  Alice Bower</u>
                                        Alice Bower