ALICE BOWER
Attorney at Law
6421 Camp Bowie Blvd. Suite 300
Fort Worth, TX 76116
(817) 737-5436  Tel.
(817) 737-2970  Fax
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-42145-elm13 |
| | § | |
| JEREMY DODD AND MELISSA DODD | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## CERTIFICATE OF SERVICE

On this the 4th day of May, 2022 a true and correct copy of the Amended Matrix cover and Amended Matrix, together with a Notice of Meeting of Creditors, Deadlines was served onthe  parties in interest.

Respectfully submitted,
/s/   Alice Bower
ALICE BOWER
State Bar No. 15148500
6421 Camp Bowie Blvd. Suite 300
Fort Worth, TX 76116
(817) 737-5436  Telephone
(817) 737-2970  Facsimile
Attorney for Debtor

Certificate of Service served to the following creditor(s):

Elite Concepts by Michael Nantz, Inc.
PO Box 293314
Lewisville, TX. 75029

Michael Nantz
PO Box 293314
Lewisville, TX. 75029

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was this the 4th day of May, 2022, served upon all parties-in-interest via electronic means if available, and if not available by First Class U.S. Mail, postage pre-paid.

/s/ Alice Bower
ALICE BOWER